IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CASSANDRA J. BURKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-841-WKW |
| | ) | [WO] |
| SAMUEL GORDON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 13, 2017, the Magistrate Judge filed a Recommendation (Doc. # 32) to which no timely objections were filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 32) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to follow the orders of the court and failure to prosecute the action.

A final judgment will be entered separately.

DONE this 7th day of November, 2017.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE